UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANNA TALLEY )
        Plaintiff, )
  )
v. ) **JUDGMENT**
  )
  ) No. 5:19-CV-499-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 5, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $8,000.00.

**This Judgment Filed and Entered on October 5, 2020, and Copies To:**
Charlotte Williams Hall   (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark Goldenberg  (via CM/ECF Notice of Electronic Filing)

October 5, 2020               PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk